**Order entered May 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00968-CV

**DAVID SCOT LYND, Appellant**

**V.**

**BASS PRO OUTDOOR WORLD, L.L.C., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-9862-C**

## ORDER

On May 9, 2013, appellant filed his brief. By letter dated May 14, 2013, the Court requested that appellant file an amended brief correcting certain deficiencies. In response, appellant filed a motion on May 17, 2013 asking the Court to accept his brief. We **GRANT** appellant's motion. We **ORDER** appellant's brief tendered to this Court on May 9, 2013 filed as of the date of this order. Appellee's brief is due thirty days from the date of this order.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE